Stuart B. Wolfe (SBN 156471)
Joshua M. Bryan (SBN 225230)
jmbryan@wolfewyman.com
WOLFE & WYMAN LLP
2175 N. California Blvd., Suite 645
Walnut Creek, California 94596-3502
Telephone:  (925) 280-0004
Facsimile:   (925) 280-0005

Attorneys for Defendants
PNC BANK, NATIONAL ASSOCIATION,
as successor by merger to NATIONAL
CITY BANK previously dba "NATIONAL
CITY MORTGAGE"

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN YEAGER and MARINA LUNA,<br><br>Plaintiffs,<br><br>v.<br><br>PNC MORTGAGE, a Delaware LLC dba NATIONAL CITY MORTGAGE, and DOES 1 to 25, inclusive,<br><br>Defendants. | Case No.  3:10-CV-01195 SI<br><br>(Sonoma Superior Court No.:  SCV 246724)<br><br>STIPULATION AND ORDER CONTINUING HEARING ON MOTION TO DISMISS |

**TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

This Stipulation is made by and between Plaintiffs STEVEN YEAGER and MARINA LUNA ("Plaintiffs") and Defendant PNC BANK, NATIONAL ASSOCIATION ("PNC") by and through their respective counsel of record.  Plaintiffs and PNC agree and stipulate that PNC's Motion to Dismiss the Complaint currently set for hearing on June 18, 2010 should be continued to July 16, 2010 or a date as soon thereafter as convenient to the Court.  All relevant briefing deadlines relating to the Motion to Dismiss should be continued in accordance with the new hearing date.

///

///

///

| | | |
|---|---|---|
| 1 | DATED: May 2-1, 2010 | WOLFE & WYMAN LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | STUART B. WOLFE |
| | | JOSHUA M. BRYAN |
| 5 | | **ATTORNEYS FOR DEFENDANT** |
| | | **PNC BANK, NATIONAL ASSOCIATION** |
| 6 | | |
| 7 | DATED: May 18, 2010 | HENDRICKSON LEGAL SERVICES |
| 8 | | |
| 9 | | By: _____ |
| 10 | | JOHN HENDRICKSON |
| | | **Attorney for Plaintiffs** |
| 11 | | **STEVEN YEAGER and** |
| | | **MARNIA LUNA** |

### ORDER ON STIPULATION

The Court having reviewed the stipulation of Plaintiffs and PNC, and good cause appearing therefore, ORDERS that PNC's Motion to Dismiss the Complaint currently set for hearing on June 18, 2010 is hereby continued to  July 16, 2010  , 2010. All relevant briefing deadlines relating to the Motion to Dismiss are hereby continued in accordance with the new hearing date.

IT IS SO ORDERED.

DATED: _____, 2010

_____
JUDGE OF THE DISTRICT COURT