John Hendrickson (SBN 257298)
Hendrickson Legal Services
703 Second Street, Fourth Floor
Santa Rosa, CA  95404
(707)284-3808 (707)313-0161 - FAX
pleadings@hendricksonlegal.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| STEVEN YEAGER and MARINA LUNA,<br><br>    Plaintiffs,<br>    v.<br><br>PNC MORTGATE, a Delaware LLC dba NATIONAL CITY MORTGAGE, and DOES 1 – 25, inclusive,<br><br>    Defendants. | Case No.: 3:10-CV-01195 SI<br><br>Sonoma Superior Court No.: SCV-246724<br><br>**STIPULATION FOR LEAVE TO AMEND THE COMPLAINT**<br><br>The Honorable Susan Illston<br>Courtroom 10, 19th Floor |

## RECITALS

TO THIS HONORABLE COURT AND TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

WHEREAS, Plaintiffs STEVEN YEAGER and MARINA LUNA (Plaintiffs) filed a California Judicial Council Form Complaint against PNC MORTGAGE (Defendant) for violation of the Truth in Lending Act on February 1, 2010 as case number SCV-246724.

1  WHEREAS, Defendant Filed a Notice of Removal with the above entitled Court on March 22, 2010 as case number 4:10-CV-01195 LB.

WHEREAS, Defendant Filed a Motion to Dismiss Plaintiffs' Complaint [12(b)(6)] with the above entitled Court on or about March 28, 2010.

WHEREAS, the parties stipulated to continuing the hearing on Defendant's Motion to Dismiss Plaintiff's Compalint on or about May 18, 2010 and set for hearing on July 16, 2010.

WHEREAS, Plaintiffs' California Judicial Council Form Complaint is deficient in making a short and plaint statement of the nature of the Complaint against Defendant.

WHEREAS, the parties have mutually stipulated that Plaintiffs be allowed to file a First Amended Complaint.

WHEREAS, this stipulation does not waive any of PNC's rights to file a motion to dismiss and/or to strike with respect to the First Amended Complaint.

This Stipulation is made by and between Plaintiffs STEVEN YEAGER and MARINA LUNA ("Plaintiffs") and Defendant PNC BANK, NATIONAL ASSOCIATION ("PNC") by and through their respective counsel of record. Plaintiffs and PNC agree to stipulate that Plaintiffs be granted leave to amend their Complaint to be filed with this Court within 15 (fifteen) days of the granting of leave to amend.

DATE:  _June25, 2010_                    WOLFE & WYMANN LLP

By:  */s/ Joshua M. Bryan  
Joshua M. Bryan  
* permission obtained via email approval 6/25/10  
**Attorneys for Defendant PNC Bank, N.A.**

DATE:  June 28, 2010                    HENDRICKSON LEGAL SERVICES


                                        By:  /s/ John Hendrickson
                                        John Hendrickson, Attorney for Plaintiffs
                                        **Steven Yeager and Marina Luna**


### ORDER ON STIPULATION

The Court having reviewed the stipulation of Plaintiffs and PNC, and good cause appearing therefore, ORDERS that Plaintiffs are granted leave to amend the Complaint and file Plaintiffs' First Amended Complaint within 15 (fifteen) days of the signing of this order.

**IT IS SO ORDERED.**

DATE:_____

_____
Judge of the District Court