Stuart B. Wolfe (SBN 156471)
Joshua M. Bryan (SBN 225230)
jmbryan@wolfewyman.com
WOLFE & WYMAN LLP
2175 N. California Blvd., Suite 645
Walnut Creek, California 94596-3502
Telephone:  (925) 280-0004
Facsimile:   (925) 280-0005

Attorneys for Defendants
PNC BANK, NATIONAL ASSOCIATION,
as successor by merger to NATIONAL
CITY BANK previously dba "NATIONAL
CITY MORTGAGE"

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN YEAGER and MARINA LUNA,<br><br>    Plaintiffs,<br><br>  v.<br><br>PNC MORTGAGE, a Delaware LLC dba NATIONAL CITY MORTGAGE, and DOES 1 to 25, inclusive,<br><br>    Defendants. | Case No.  3:10-CV-01195 SI<br><br>(Sonoma Superior Court No.:  SCV 246724)<br><br>STIPULATION AND ORDER CONTINUING HEARING ON DEFENDANT PNC BANK, NATIONAL ASSOCIATION'S MOTION TO DISMISS FIRST AMENDED COMPLAINT |

**TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

This Stipulation is made by and between Plaintiffs STEVEN YEAGER and MARINA LUNA ("Plaintiffs") and Defendant PNC BANK, NATIONAL ASSOCIATION ("PNC") by and through their respective counsel of record.   Plaintiffs and PNC agree and stipulate as follows:

A.   The hearing on PNC's motion to dismiss the First Amended Complaint is currently set for October 1, 2010.

B.   On or about September 7, 2010, PNC's counsel agreed that the hearing on PNC's motion to dismiss the First Amended Complaint should be continued to October 22, 2010.

1     WHEREFORE, Plaintiffs and PNC agree and stipulate that the hearing on PNC's motion to dismiss the First Amended Complaint should be continued to October 22, 2010, with all deadlines for related pleadings including any opposition or reply reset accordingly.

DATED: September 8, 2010      WOLFE & WYMAN LLP

By: /s/ Joshua M. Bryan (SBN 225230)
    STUART B. WOLFE
    JOSHUA M. BRYAN
    **ATTORNEYS FOR DEFENDANT**
    **PNC BANK, NATIONAL ASSOCIATION**

DATED: September 8, 2010      HENDRICKSON LEGAL SERVICES

By: /s/ John Hendrickson (SBN 257298)
    JOHN HENDRICKSON
    **Attorney for Plaintiffs**
    **STEVEN YEAGER and**
    **MARNIA LUNA**

### ORDER ON STIPULATION

The Court, having reviewed the stipulation of Plaintiffs and PNC BANK, NATIONAL ASSOCIATION ("PNC"), and good cause appearing therefore, ORDERS that the hearing on PNC's motion to dismiss the First Amended Complaint is hereby continued to October 26, 2010, with all deadlines for related pleadings including any opposition or reply reset accordingly.

IT IS SO ORDERED.

DATED: _____      _____
    JUDGE OF THE DISTRICT COURT