IT IS SO ORDERED
Judge Susan Illston

1 | JOHN HENDRICKSON (SBN 257298)
Hendrickson Legal Services
2 | 703 Second Street, Fourth Floor
Santa Rosa, CA  95404
3 | Tel: (707)284-3808
Fax: (707)313-0161
4 | pleadings@hendricksonlegal.com

5

6 | Attorney for Plaintiff

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | OAKLAND DIVISION

11

12 | STEVEN YEAGER,                         Case No.: C 10-01195 LB

13 |            Plaintiff,                 **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

14 |    vs.

15 | PNC MORTGAGE,

16 |            Defendant.

17

18

19 |     NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a),

20 | Plaintiff STEVEN YEAGER voluntarily dismisses without prejudice the above-entitled action

21 | against Defendant PNC MORTGAGE. This notice of dismissal is being filed with the Court after

22 | settlement of parties.

23

24 | DATED:   November 23, 2010

25 |                                        HENDRICKSON LEGAL SERVICES

26

27 |                                   by    ____/s/John Hendrickson_____
                                            JOHN HENDRICKSON,
28 |                                         Attorney for Plaintiff
                                            Steven Yeager

NOTICE OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE            1                        *Yeager v. PNC Mortgage*